## UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

MICHAEL T. COSTON,
    Plaintiff,

vs.                                                                           Case No.: 3:21cv542/MCR/EMT

OKALOOSA COUNTY D.O.C.,
    Defendant.
_____/

## **REPORT AND RECOMMENDATION**

On September 15, 2021, the undersigned entered an order directing Plaintiff to complete and file an Affidavit of Financial Status within fourteen days (ECF No. 11). The undersigned also directed Plaintiff to file an amended civil rights complaint within the same time (*id.*). After the fourteen-day deadline passed and Plaintiff had not complied, the undersigned entered an order directing Plaintiff to show cause within thirty days why the case should not be dismissed for failure to comply with an order of the court. The undersigned advised that failure to comply with the order would result in a recommendation that the case be dismissed. More than thirty days have passed, and Plaintiff has not complied.

Accordingly, it is respectfully **RECOMMENDED**:

1.    That this action be dismissed without prejudice for failure to comply with an order of the court.

2. That the clerk of court be directed to close this case.

At Pensacola, Florida, this 19th day of October 2021.


/s/ Elizabeth M. Timothy
**ELIZABETH M. TIMOTHY**
**CHIEF UNITED STATES MAGISTRATE JUDGE**


### NOTICE TO THE PARTIES

**Objections to these proposed findings and recommendations must be filed within fourteen days of the date of the Report and Recommendation. Any different deadline that may appear on the electronic docket is for the court's internal use only and does not control. An objecting party must serve a copy of the objections on all other parties. A party who fails to object to the magistrate judge's findings or recommendations contained in a report and recommendation waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions.** *See* **11th Cir. Rule 3-1; 28 U.S.C. § 636.**

Case No.: 3:21cv542/MCR/EMT